# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEONARD DOWTHARD & VICKIE D. DOWTHARD  Case Number: 05-73598
1611 SCHOOL STREET  SSN-xxx-xx-0105 & xxx-xx-5291
ROCKFORD, IL  61101

Case filed on: 7/19/2005
Plan Confirmed on: 11/18/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,594.26         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 019 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LEONARD DOWTHARD | 0.00 | 0.00 | 80.77 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 80.77 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 1,000.00 | 1,000.00 | 1,000.00 | 70.89 |
| 003 | EMC MORTGAGE | 3,214.83 | 528.27 | 528.27 | 0.00 |
| 022 | EMC MORTGAGE | 450.00 | 58.75 | 58.75 | 0.00 |
|  | Total Secured | 4,664.83 | 1,587.02 | 1,587.02 | 70.89 |
| 001 | ILLINOIS TITLE LOANS, INC | 169.67 | 169.67 | 8.89 | 0.00 |
| 002 | ROYCE FINANCIAL | 440.00 | 440.00 | 23.06 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 525.00 | 525.00 | 27.52 | 0.00 |
| 005 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CERTIFIED HAND CENTER OF RKFD. | 125.00 | 125.00 | 6.55 | 0.00 |
| 008 | COLLECTECH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ADVANCE CASH EXPRESS | 100.00 | 100.00 | 5.24 | 0.00 |
| 013 | NICOR GAS | 1,210.67 | 1,210.67 | 63.45 | 0.00 |
| 014 | SBC CORPORATION | 724.62 | 724.62 | 37.98 | 0.00 |
| 015 | SECURITY FINANCE | 623.59 | 623.59 | 32.68 | 0.00 |
| 016 | TALK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ADVANCE CASH EXPRESS | 150.00 | 150.00 | 7.86 | 0.00 |
| 018 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 152.56 | 152.56 | 8.00 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS, LLC | 958.73 | 958.73 | 50.25 | 0.00 |
| 023 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 182.33 | 182.33 | 9.55 | 0.00 |
| 025 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,362.17 | 5,362.17 | 281.03 | 0.00 |
|  | Grand Total: | 11,391.00 | 8,313.19 | 3,312.82 | 70.89 |

Total Paid Claimant:     $3,383.71
Trustee Allowance:       $210.55
Percent Paid Unsecured:  5.24

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/28/2007				By  /s/Heather M. Fagan